IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**THE AMERICAN INSURANCE COMPANY**            **PLAINTIFF**

**V.**            **CIVIL ACTION NO. 3:07CV746HTW-LRA**

**C.E. FRAZIER CONSTRUCTION
COMPANY, PRYOR AND FRAZIER
CONSTRUCTION COMPANY,
AUSTIN FRAZIER, PHYLLIS E.
FRAZIER, C.E. FRAZIER, JR.
CLAIBORNE FRAZIER AND
FRAZIER DEVELOPMENT, LLC**            **DEFENDANTS**

## ANSWER OF FRAZIER DEVELOPMENT, LLC

COMES NOW, Frazier Development, LLC by and through their attorney of record, Gerald Talmadge Braddock, Esq. of the Braddock Law Firm, PLLC and files this their Answer and Defenses.  The Summons executed by The American Insurance Company was served on Frazier Development, LLC on 03/13/2008, answer due 04/02/2008.  On 03/19/2008 Alton Lamar Watts, Esq., Counsel for The American Insurance Company, agreed to allow Frazier Development, LLC an additional thirty (30) days in which to respond to the Complaint.  Thank you!

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Frazier Development, LLC.

### SECOND DEFENSE

The Plaintiff has sued the wrong corporate entity.  Frazier Development, LLC is a completely separate entity than any of the other corporate Defendants in the above referenced cause of action.

### THIRD DEFENSE

.   The Plaintiff's claims are barred by the statute of limitations.

### FOURTH DEFENSE

The Plaintiff's claims are barred by insufficient process.

### FIFTH DEFENSE

The Plaintiff's claims are barred by insufficiency of service of process.

### SIXTH DEFENSE

The Plaintiff's claims are barred by unclean hands.

### SEVENTH DEFENSE

The Plaintiff's claims are barred by failure of consideration.

### EIGHT DEFENSE

The Plaintiff's claims are barred by fraud.

Frazier Development, LLC responds to the allegations of the Complaint, paragraph by paragraph, as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. Admitted.

5. Denied.  Austin W. Frazier is an adult resident citizen of Madison County, State of Mississippi and may be personally served with process at Post Office Box 2039, Ridgeland, Mississippi 39158.

6. Admitted.

7. Harris Claiborne Frazier is an adult resident citizen of Madison County, State of Mississippi and may be personally served with process at Post Office Box 2039, Ridgeland,

Mississippi 39158.

    8.  Denied.

    9.  Admitted.

    10.  Admitted.

    11. Denied as to Frazier Development, LLC.  Otherwise, admitted.

    12.  Admitted.

    13.  Denied as to Frazier Development, LLC.  Otherwise, admitted.

    14.  Denied.

    15.  Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    16.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    17.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    18.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    19.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    20.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    21.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    22.   Frazier Development, LLC is without knowledge or information sufficient to form a

belief as to the truth of these allegations.

23.  Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

Frazier Development, LLC denies the allegations that follow the word "WHEREFORE" on page 10 of the Complaint and denies that the Plaintiff is entitled to any relief against Frazier Development, LLC.

This the 19th day of April, 2008 of the year of our Lord.

                                                    Respectfully submitted:

                                                    Frazier Development, LLC

                                                    By Their Attorney:
                                                    Braddock Law Firm, PLLC

                                                    By: /s/ Gerald Talmadge Braddock, Esq.
                                                              Gerald Talmadge Braddock, Esq.

Gerald Talmadge Braddock, Esq.
Mississippi State Bar No: #10071
Braddock Law Firm, PLLC
Post Office Box 23609
Jackson, Mississippi 39225-3609
Telephone: (601)-456-4217
Facsimile: (601)-456-4617
Email: LawMS1 at AOL

**CERTIFICATE OF SERVICE**

I, Gerald Talmadge Braddock, Esq., attorney for Frazier Development, LLC, do hereby certify that I have this day filed the foregoing document via the Court's ECF System which served a copy upon the following counsel:

Kenneth G. Perry, Esq.
kperry at shellbuford dot com
Mississippi State Bar No: #4134
Shell, Buford, PLLC
Post Office Box 157
Jackson, Mississippi 39205-0157
Telephone: (601) 932-4118
Facsimile: (601) 932-4860

Alton Lamar Watts, Esq.
lwatts at shellbuford dot com
Mississippi State Bar No: #100856
Shell, Buford, PLLC
Post Office Box 157
Jackson, Mississippi 39205-0157
Telephone: (601) 932-4118
Facsimile: (601) 932-4860

This the 19th day of April, 2008 of the year of our Lord.

By: /s/ Gerald Talmadge Braddock, Esq.
Gerald Talmadge Braddock, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**THE AMERICAN INSURANCE COMPANY**                                                **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 3:07CV746HTW-LRA**

**C.E. FRAZIER CONSTRUCTION
COMPANY, PRYOR AND FRAZIER
CONSTRUCTION COMPANY,
AUSTIN FRAZIER, PHYLLIS E.
FRAZIER, C.E. FRAZIER, JR.
CLAIBORNE FRAZIER AND
FRAZIER DEVELOPMENT, LLC**                                                **DEFENDANTS**

## ANSWER OF FRAZIER DEVELOPMENT, LLC

COMES NOW, Frazier Development, LLC by and through their attorney of record, Gerald Talmadge Braddock, Esq. of the Braddock Law Firm, PLLC and files this their Answer and Defenses.  The Summons executed by The American Insurance Company was served on Frazier Development, LLC on 03/13/2008, answer due 04/02/2008.  On 03/19/2008 Alton Lamar Watts, Esq., Counsel for The American Insurance Company, agreed to allow Frazier Development, LLC an additional thirty (30) days in which to respond to the Complaint.  Thank you!

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Frazier Development, LLC.

### SECOND  DEFENSE

The Plaintiff has sued the wrong corporate entity.  Frazier Development, LLC is a completely separate entity than any of the other corporate Defendants in the above referenced cause of action.

### THIRD DEFENSE

.   The Plaintiff's claims are barred by the statute of limitations.

### FOURTH DEFENSE

The Plaintiff's claims are barred by insufficient process.

### FIFTH DEFENSE

The Plaintiff's claims are barred by insufficiency of service of process.

### SIXTH DEFENSE

The Plaintiff's claims are barred by unclean hands.

### SEVENTH DEFENSE

The Plaintiff's claims are barred by failure of consideration.

### EIGHT DEFENSE

The Plaintiff's claims are barred by fraud.

Frazier Development, LLC responds to the allegations of the Complaint, paragraph by paragraph, as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. Admitted.

5. Denied.  Austin W. Frazier is an adult resident citizen of Madison County, State of Mississippi and may be personally served with process at Post Office Box 2039, Ridgeland, Mississippi 39158.

6. Admitted.

7. Harris Claiborne Frazier is an adult resident citizen of Madison County, State of Mississippi and may be personally served with process at Post Office Box 2039, Ridgeland,

Mississippi 39158.

    8.  Denied.

    9.  Admitted.

    10.  Admitted.

    11. Denied as to Frazier Development, LLC.  Otherwise, admitted.

    12.  Admitted.

    13.  Denied as to Frazier Development, LLC.  Otherwise, admitted.

    14.  Denied.

    15.  Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    16.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    17.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    18.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    19.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    20.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    21.   Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

    22.   Frazier Development, LLC is without knowledge or information sufficient to form a

belief as to the truth of these allegations.

23.  Frazier Development, LLC is without knowledge or information sufficient to form a belief as to the truth of these allegations.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

Frazier Development, LLC denies the allegations that follow the word "WHEREFORE" on page 10 of the Complaint and denies that the Plaintiff is entitled to any relief against Frazier Development, LLC.

This the 19th day of April, 2008 of the year of our Lord.

> Respectfully submitted:
>
> Frazier Development, LLC
>
> By Their Attorney:
> Braddock Law Firm, PLLC
>
> By: /s/ Gerald Talmadge Braddock, Esq.
>      Gerald Talmadge Braddock, Esq.

Gerald Talmadge Braddock, Esq.
Mississippi State Bar No: #10071
Braddock Law Firm, PLLC
Post Office Box 23609
Jackson, Mississippi 39225-3609
Telephone: (601)-456-4217
Facsimile: (601)-456-4617
Email: LawMS1 at AOL

**CERTIFICATE OF SERVICE**

I, Gerald Talmadge Braddock, Esq., attorney for Frazier Development, LLC, do hereby certify that I have this day filed the foregoing document via the Court's ECF System which served a copy upon the following counsel:

Kenneth G. Perry, Esq.
kperry at shellbuford dot com
Mississippi State Bar No: #4134
Shell, Buford, PLLC
Post Office Box 157
Jackson, Mississippi 39205-0157
Telephone: (601) 932-4118
Facsimile: (601) 932-4860

Alton Lamar Watts, Esq.
lwatts at shellbuford dot com
Mississippi State Bar No: #100856
Shell, Buford, PLLC
Post Office Box 157
Jackson, Mississippi 39205-0157
Telephone: (601) 932-4118
Facsimile: (601) 932-4860

This the 19th day of April, 2008 of the year of our Lord.

By: /s/ Gerald Talmadge Braddock, Esq.
Gerald Talmadge Braddock, Esq.