**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**THE AMERICAN INSURANCE COMPANY**                               **PLAINTIFF**

vs.                                      **CIVIL ACTION NO. 3:07-CV-746 HTW-LRA**

**C.E. FRAZIER CONSTRUCTION COMPANY,
PRYOR AND FRAZIER CONSTRUCTION COMPANY,
AUSTIN FRAZIER, PHYLLIS E. FRAZIER,
C.E. FRAZIER, JR., CLAIBORNE FRAZIER, and
FRAZIER DEVELOPMENT, LLC**                                  **DEFENDANTS**

**FINAL JUDGMENT AS TO PHYLLIS FRAZIER
AND FRAZIER DEVELOPMENT, LLC**

Came on this day for hearing the Motion for Summary Judgment by the plaintiff, The American Insurance Company against defendants, Phyllis Frazier and Frazier Development, LLC, and the court, having heard arguments in support of and in opposition to the same, and having considered the memorandum briefs, finds that the motion is well taken as to the plaintiff, The American Insurance Company, and as to it is hereby sustained.

**IT IS HEREBY ORDERED,** that a final judgment in the amount of $35,619.45 is hereby entered against each Phyllis Frazier and Frazier Development, LLC, jointly and severally.

**IT IS FURTHER ORDERED,** that attorney's fees and costs in the amount of $1276.66 are awarded in favor of the plaintiff, The American Insurance Company against defendant Phyllis Frazier.

**IT IS FURTHER ORDERED,** that attorney's fees and costs in the amount of $1226.66 are awarded in favor of the plaintiff, The American Insurance Company, against defendant Frazier Development, LLC.

**SO ORDERED AND ADJUDGED, this the 24th day of March, 2010.**

                                                 **s/ HENRY T. WINGATE**
                                                 **CHIEF JUDGE**
                                                 **UNITED STATES DISTRICT COURT**

Civil Action No. 3:07-cv-746 HTW-LRA
Final Judgment as to Phyllis Frazier and
  Frazier Development, LLC