### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**THE AMERICAN INSURANCE COMPANY**                                            **PLAINTIFF**

vs.                                        **CIVIL ACTION NO. 3:07-CV-746  HTW-LRA**

**C.E. FRAZIER CONSTRUCTION COMPANY,**
**PRYOR AND FRAZIER CONSTRUCTION COMPANY,**
**AUSTIN FRAZIER, PHYLLIS E. FRAZIER,**
**C.E. FRAZIER, JR., CLAIBORNE FRAZIER, and**
**FRAZIER DEVELOPMENT, LLC**                                            **DEFENDANTS**

### FINAL DEFAULT JUDGMENT

Came on this day for hearing the Motion for Default Judgment by the plaintiff, The American Insurance Company against defendants, C.E. Frazier Construction Company, Pryor & Frazier Construction Company, Austin Frazier, and C.E. Frazier, Jr., and the court, having heard arguments in support of and in opposition to the same and having considered the memorandum briefs, finds that the motion is well taken as to the plaintiff, The American Insurance Company, and as to it is hereby sustained.

**IT IS HEREBY ORDERED,** that a final default judgment in the amount of $35,619.45 is hereby entered against each C.E. Frazier Construction Company, Pryor & Frazier Construction Company, Austin Frazier, and C.E. Frazier, Jr., jointly and severally.

**IT IS FURTHER ORDERED,** that attorney's fees and costs in the amount of $1846.68 are awarded in favor of the plaintiff, The American Insurance Company, against defendants C.E. Frazier Construction Company, Pryor & Frazier Construction Company, Austin Frazier, and C.E. Frazier, Jr.

**SO ORDERED AND ADJUDGED, this the 24th day of March, 2010.**

                                            s/ HENRY T. WINGATE
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**

Civil Action No. 3:07-cv-746 HTW-LRA
Final Default Judgment